Argued and submitted June 29, affirmed November 14, 2001

STATE OF OREGON,
*Respondent,*

*v.*

LAWRENCE AARON FRIEND,
*Appellant.*

99CR1105FE; A108859

35 P3d 1105

Walter J. Ledesma, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Rolf C. Moan, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Affirmed. *State v. Hirsch,* 177 Or App 441, 34 P3d 1209 (2001).